164 A.3d 401

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LAMONT BOYD, DEFENDANT–PETITIONER.

March 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003804–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

164 A.3d 401

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
RASHAUN BARKLEY, DEFENDANT–PETITIONER.

March 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004257–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.